UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Kerry Lynne Sauer,                                                Civil No. 06-4778 (RHK/JSM)

             Plaintiff,                                 **ORDER TO REMAND**

vs.

Progressive Northern Insurance Company,

             Defendant.

_____

      Based on the pleadings and proceedings of this case and upon the Stipulation of the parties to remand this case to Nobles County District Court,

      **IT IS HEREBY ORDERED** that this matter be remanded to Nobles County District Court for further proceedings.

      Dated: December 28, 2006

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge